716

■ In the Matter of QUEENS WINDSOR CORPORATION et al., Appellants, v. PUBLIC SERVICE COMMISSION et al., Respondents.— Motion to add Queens Windsor Park Associates as a petitioner-appellant to this proceeding and to amend the pleadings accordingly. Motion denied, without costs.

■ (A) In the Matter of DOMINIC M. PAFUNDI, JR., Petitioner, v. JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, Respondent. (B) In the Matter of FRED L. YERDON, Petitioner, v. JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, Respondent.— [In each proceeding] Motion by the New York State Optometric Association, Inc., for permission to file a brief *amicus curiæ*. Motion granted.

■ In the Matter of the Claims of RICHARD L. PRATT et al., Respondents. JOHN A. DONOHUE et al., Appellants-Respondents. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent-Appellant.— Motion to withdraw and discontinue appeal. Motion granted, without costs.

■ In the Matter of RALPH BOWEN et al., Respondents, v. JAMES E. ALLEN, as Commissioner of Education of the State of New York, Appellant.— Motion for an order making the State University of New York a party to this proceeding and permitting it to appear, file a brief and to be heard on the appeal. Motion granted.

■ In the Matter of the Claim of HARRY STRILEY. DAVID M. LEONARD et al., Respondents. FAIRBANKS COMPANY, Appellant.— Claimants having retained counsel, Donald L. Slater, Esq., is relieved of his assignment as their counsel. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.